✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF         MA

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | Case Number: 11-10331-RGS |
| REZWAN FERDAUS | | | | | |

| PRESIDING JUDGE<br>Timothy S. Hillman | PLAINTIFF'S ATTORNEY<br>Siegmann, Cabell | DEFENDANT'S ATTORNEY<br>Conrad, Byrne |
|---|---|---|
| TRIAL DATE (S)<br>11/4/2011, 11/14/2011 | COURT REPORTER<br>2:15 pm | COURTROOM DEPUTY<br>Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 11/4/11 | | | Bradley Davis |
| | | 11/14/11 | | | Bradley Davis |
| | | 11/14/11 | | | John Woudenberg |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 11/4/11 | X | X | Affidavit in support of criminal complaint |
| 2 | | 11/4/11 | X | X | CD containing recording of 1/7/2011 |
| 3 | | 11/4/11 | | X | Indictment |
| 4 | | 11/4/11 | X | X | Attack plans provided by Mr. Ferdaus on May 5, 2011 |
| 5 | | 11/4/11 | | X | Attack plans provided by Mr. Ferdaus on June 9, 2011 |
| 8 | | 11/4/11 | X | X | CD containing recording of Training Video |
| 9 | | 11/4/11 | X | X | Photo-Mr. Ferdaus holding gun |
| 10 | | 11/4/11 | X | X | Photo-Mr. Ferdaus pointing gun |
| 11 | | 11/4/11 | X | X | Photo-Mr. Ferdaus placing something in plane |
| 6 | | 11/14/11 | X | X | E-mail–Subject: RE: Past Question dated 6/8/2010 @ 12:40 pm |
| 7 | | 11/14/11 | X | X | E-mail dated 10/5/2010 6:45 am |
| 12 | | 11/14/11 | X | X | Letter dated March 10, 2011 re: Official Warning |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1        Pages